1 | JAMES F. McCABE (CA SBN 104686)
jmccabe@mofo.com
2 | ADRIANO HRVATIN (CA SBN 220909)
ahrvatin@mofo.com
3 | MORRISON & FOERSTER LLP
425 Market Street
4 | San Francisco, California  94105-2482
Telephone:  415.268.7000
5 | Facsimile:  415.268.7522

6 | Attorneys for Defendant
REED ELSEVIER INC.
7 |

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | SAN FRANCISCO DIVISION

11 |

12 | ANDREW L. DIEDEN, | Case No.   CV 09-3319 MMC

13 | Plaintiff,

14 | v. | **STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**

15 | REED ELSEVIER, INC., (REI)
Currently owns and operates LexisNexis,

16 |

17 | Defendant.

18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

1    Pursuant to Civil Local Rules 6-1, 6-2 and 7-12, as well as this Court's standing orders for
2    civil cases, the parties hereby respectfully stipulate, subject to the Court's consideration and
3    approval, as follows:
4    1.   On July 20, 2009, plaintiff filed his complaint in this action.  (Docket No. 1.)
5    2.   Also on July 20, 2009, the Court issued an order scheduling an initial case
6    management conference in this matter for October 30, 2009.  (Docket No. 2).
7    3.   The parties, through their respective counsel, have engaged in regular and
8    substantial negotiations to resolve this matter without the need for motion practice, protracted
9    litigation and Court intervention.  (*See* Decl. of A. Hrvatin in Support of Stipulation and
10   [Proposed] Order ("Hrvatin Decl.") ¶ 4.)
11   4.   In this connection, the parties have stipulated to three extensions of time for
12   defendant to respond to the complaint (*see* Docket Nos. 5, 6 and 10) so as to preserve resources
13   and focus their efforts on continued settlement negotiations.  (Hrvatin Decl. ¶ 5.)
14   5.   On October 29, 2009, counsel for plaintiff and defendant conferred regarding a
15   brief continuance of the initial case management conference.  The parties have in principle
16   reached an agreement to resolve this matter, have reduced that agreement to writing and are
17   negotiating final details.  The agreement contemplates, upon its execution, that the parties will file
18   a stipulation for the voluntary dismissal of this matter.  (*Id*. ¶ 6.)
19   6.   The parties agree, so that they may continue to focus their efforts on informal
20   resolution, to a brief two-week continuance of the initial case management conference from
21   October 30, 2009 to November 13, 2009, at 10:30 a.m.  (*Id*. ¶ 7.)
22   7.   This agreed-upon extension of the initial case management conference is not
23   submitted for the purpose of delay.  The stipulated continuance provides the parties, who have
24   negotiated to date in good faith, with a reasonable extension of time to finalize an acceptable
25   resolution to this matter.  (*Id*. ¶ 8.)
26   8.   The stipulated continuance further preserves the parties' and Court's resources and
27   further promotes judicial efficiency in that it permits the parties to resolve their dispute without
28

1  Court intervention. In this connection, the parties agree that the brief extension to the schedule
2  will not cause prejudice to either party. (*Id*. ¶ 9.)
3      9.    Should the parties be unable to resolve this matter, they shall meet all pre-
4  conference filing obligations, including those set forth in Rule 26(f), and file any required
5  materials by November 6, 2009.
6      **IT IS SO STIPULATED.**
7  Dated: October 29, 2009                    MORRISON & FOERSTER LLP

9                                              By:  /s Adriano Hrvatin
                                                    Adriano Hrvatin

                                                Attorneys for Defendant
                                                REED ELSEVIER INC.

12 Dated: October 29, 2009                    ANDREW L. DIEDEN LAW OFFICE


                                                By:  /s Andrew L. Dieden
15                                                   Andrew L. Dieden

                                                Attorneys for Plaintiff
                                                ANDREW L. DIEDEN

STIPULATION & [PROPOSED] ORDER CONTINUING CMC                                              2
CASE NO. CV 09-3319 MMC
sf-2759376

1 **[PROPOSED] ORDER**

2   On the stipulation of the parties, and good cause appearing:

4 **IT IS SO ORDERED.**

6 Dated: October __30__, 2009

_____
Honorable Maxine M. Chesney
United States District Judge

STIPULATION & [PROPOSED] ORDER CONTINUING CMC
CASE NO. CV 09-3319 MMC
sf-2759376

3